**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LANEL LOYD,
        Petitioner,                      Case No: 15-20394

v.                                             Honorable Arthur J. Tarnow

UNITED STATES OF AMERICA,
        Respondent.

April 29, 2020

Honorable Arthur J. Tarnow
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 124
Detroit, Michigan 48226

Dear Judge Arthur J. Tarnow:

We, the family of Lanel Loyd, Inmate #51151-039 at FCI Loretto, plead for his medical and compassionate release from incarceration based on the following facts:

1. According to the Center for Disease Control, the virus that causes COVID-19 is spread mainly from person to person, with spread being more likely when people are in close contact with one another. Further, "Incarcerated/detained persons live, work, eat, study, and recreate within congregate environments, heightening the potential for COVID-19 to spread once introduced".

2. Mr. Loyd has serious underlying medical conditions placing him at a higher risk for severe illness from COVID-19, which includes: being immunocompromised due to prolonged corticosteroid injections administered by the prison health officials to reduce his severe hip pain; being severely obese; having high blood pressure; having the sickle cell trait and being in constant pain and discomfort due to his damaged hip joint.

3. Because of the above serious underlying medical conditions, FCI Loretto approached Mr. Loyd, during the month of April, to be considered for Home Confinement under the CARES Act and the Attorney General Guidelines. The prison officials advised Mr. Loyd that he was a good candidate for home confinement, and encouraged him to apply, which he did. Armed with encouragement and hope, Mr. Loyd began to make preparations to be released by securing a safe place to be sent to. However, FCI Loretto denied his application due to a new guideline that required for inmates to have already completed at least 50% of their sentence before release. This new guideline was not in place with FCI Loretto sought, encouraged, and advised Mr. Loyd to

apply for Home Confinement. This decision caused Mr. Loyd great emotional and mental anguish, leaving him unable to eat or sleep.

With the increased number of people dying and becoming severely ill with the coronavirus, we come to you because we have little time for delay to protect the health and safety of Mr. Loyd. We plead for you to appoint a federal defense attorney to review Mr. Loyd's case to petition your court to order his immediate release.

Best Regards,

Novella S. Dumas, on behalf of the family of Lanel Loyd

Shawneta Loyd – Wife of Lanel Loyd – 11784 Hazelton, Redford, MI 48239

Barbara Loyd and Michael Smith – Parents of Lanel Loyd – 15325 Cherrylawn, Detroit MI 48238

James and Novella Dumas – Brother and Sister in Law of Lanel Loyd – 25555 Hickory Hill Street, Southfield MI 48033

Reverend Betty Taylor – Mother-in-law of Lanel Loyd – 5036 Red Fern Ct, Midlothian VA 23112

Stacy Robert – Mother of Child & Family Friend – 17858 Dwyer St. Hamtramck MI 48212

Princetta Loyd – Aunt of Lanel Loyd – 15352 Cherrylawn, Detroit MI 48238

Jerome and Aletheia Fenderson – 5204 Tye Trl, Atlanta GA 30213

Marcus Loyd – 16731 Lindsay, Detroit MI 48235

Doris Dumas – 14544 Vauxhall Dr., Sterling Heights, MI 48313

Mike Stanley Jr. – 3601 Overbrook, Jackson, MS 39301